# Court of Appeals
# of the State of Georgia

ATLANTA,  June 26, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1345.  STEVEN T. SAUNDERS et al v. MARTIN R. MOREIRA et al.**

This appeal was docketed in this Court on March 7, 2025. On March 27, 2025, Appellants filed a motion for an extension of time in which to file an initial brief. Based on our order granting Appellants' request, Appellants' brief was due no later than April 28, 2025. Thereafter, on April 28, 2025, Appellant filed a second motion for an extension of time to file an initial brief, which we granted through May 5, 2025. After Appellants failed to file a brief, this Court issued an order on May 8, 2025, requiring Appellants to file an initial brief within five days with no further extensions being granted. That order further provided that Appellants' failure to file a brief within five days of the order would result in the dismissal of this appeal. After Appellants failed to file a brief, we dismissed the appeal on May 15, 2025.

Thereafter, Appellants filed a motion for reconsideration, which we granted, and reinstated the appeal on June 5, 2025. That order outlined that Appellants' brief was due within 20 days of our order. As of the date of this order, Appellant has yet to file an initial brief. On June 25, 2025, Appellants' counsel filed yet another motion for an extension of time to file an initial brief. In our June 5 order, we specifically advised Appellants and their counsel that no further extensions of time to file the initial brief would be granted and that failure to comply with our order and file a brief within 20 days would result in the dismissal of this appeal instanter without further notice.

Accordingly, Appellants' motion for an extension of time to file a brief is DENIED and this appeal is hereby ordered DISMISSED. Court of Appeals Rules 7, 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __06/26/2025__

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*